B6F (Official Form 6F) (12/07)

In re  **David B Bassen**, Case No. **13-30241**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADM Grain**<br>**4324 Beard Road**<br>**Xenia, IL 62899** | | - | **Undelivered Grain** | | | | 0.00 |
| Account No. **xx-xxx0509**<br><br>**Amerimulch**<br>**PO Box 75509**<br>**Cleveland, OH 44101-4755** | | - | | | | | 4,246.27 |
| Account No. **xxxxxxxxxxxx xxxxxx3577**<br><br>**Bank & Trust Company**<br>**401 N Madison**<br>**Litchfield, IL 62056** | | - | | | | | 18,710.97 |
| Account No.<br><br>**Bureau of Weights & Measures**<br>**801 E. Sangamon Ave**<br>**PO Box 19281**<br>**State Fairgrounds**<br>**Springfield, IL 62702** | | - | | | | | 204.73 |
| __8__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 23,161.97 |

B6F (Official Form 6F) (12/07) - Cont.

In re **David B Bassen**, Case No. **13-30241**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cargill, Incorporated** <br> **3201 W. White Oaks Drive** <br> **Suite 1000** <br> **Springfield, IL 62704** | | - | | | | | 100,000.00 |
| Account No. **xx2600** <br><br> **Case** <br> **PO Box 27 HWY 177 East** <br> **Hoyleton, IL 62803** | | - | | | | | 2,400.00 |
| Account No. **xxxx-xxxx-xxxx-7734** <br><br> **Chase Card Services** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | | - | | | | | 4,658.66 |
| Account No. **xxx-x2048** <br><br> **Cintas Corporation #731** <br> **PO Box 88005** <br> **Chicago, IL 60680-1005** | | - | | | | | 209.81 |
| Account No. **BASDAV** <br><br> **CLIN/WASH AG SERVICES, INC.** <br> **19185 State Rte 161** <br> **Carlyle, IL 62231** | | - | | | | | 43,564.32 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **150,832.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David B Bassen**                                  , Case No.  **13-30241**
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-xx-xx4804** <br><br>**CMI** <br>**PO Box 456** <br>**Upper Darby, PA 19082** | - | | | | | | 5,450.00 |
| Account No. **4730** <br><br>**CNH Capital** <br>**PO Box 9218** <br>**Old Bethpage, NY 11804-9218** | - | | | | | | 4,653.24 |
| Account No. **xxxxxxxxxx-xxxx6004** <br><br>**CNH Capital** <br>**PO Box 3600** <br>**Lancaster, PA 17604-3600** | - | | | | | | 8,006.26 |
| Account No. **CLICEN** <br><br>**Columbia Quarry Company** <br>**One Racehorse Drive** <br>**East Saint Louis, IL 62205** | - | | | | | | 3,572.94 |
| Account No. <br><br>**David Weilbacher** <br>**6651 Bluffside Road** <br>**Columbia, IL 62236** | - | | | | | | 7,500.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **29,182.44**

B6F (Official Form 6F) (12/07) - Cont.

In re **David B Bassen**, Case No. **13-30241**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dennis Fleshren** <br> **14 Sir Lawrence** <br> **Belleville, IL 62221** | - | | | | | | 4,000.00 |
| Account No. **xxss01** <br><br> **Diedrich Implements Inc** <br> **Agco & New Hollard Farm Machinery** <br> **9637 State Route 127 North** <br> **Nashville, IL 62263** | - | | | | | | 11,517.25 |
| Account No. <br><br> **Elizabeth Fleshren** <br> **1210 Cast Lane** <br> **Belleville, IL 62221** | - | | | | | | 8,000.00 |
| Account No. **xxx0162** <br><br> **ERB Equipment Company** <br> **11322 State Rt 148** <br> **Mount Vernon, IL 62864** | - | | | | | | 4,000.00 |
| Account No. **xxxxxx xxxxxxxx #x6719** <br><br> **ERB Rents** <br> **11322 State Rt 148** <br> **Mount Vernon, IL 62864** | - | | | | | | 544.92 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,062.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David B Bassen**                                          ,     Case No.   **13-30241**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9972** <br><br> **Gateway FS, Inc** <br> **221 E. Pine Street** <br> **PO Box 100** <br> **Red Bud, IL 62278-0100** | - | | | | | | **87,505.57** |
| Account No. **xx1206** <br><br> **H&R Agri-Power** <br> **PO Box 538** <br> **4900 Eagle Way** <br> **Hopkinsville, KY 42241** | - | | | | | | **6,635.92** |
| Account No. **BASSDA** <br><br> **Hoffman Seed House, Inc** <br> **PO Box 66** <br> **200 E 4th Street** <br> **Hoffman, IL 62250** | - | | | | | | **3,102.63** |
| Account No. <br><br> **Illinois EPA** <br> **1021 North Grand Ave East** <br> **PO Box 19276** <br> **Springfield, IL 62794-9276** | - | | | | | | **Unknown** |
| Account No. <br><br> **Judy Johnson** <br> **219 W. Chester Street** <br> **Nashville, IL 62263** | - | | | | | | **3,800.00** |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **101,044.12**

B6F (Official Form 6F) (12/07) - Cont.

In re **David B Bassen**, Case No. **13-30241**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Margaret Eubanks**<br>**712 W. 5th**<br>**Flora, IL 62839** | | - | | | | | **1,000.00** |
| Account No.<br>**Mathis Marifian & Richter**<br>**23 Public Square**<br>**Ste 300**<br>**Belleville, IL 62220** | | - | | | | | **896.01** |
| Account No. **xxxxE002**<br>**McLean Implement, Inc.**<br>**11265 Old Hwy 50**<br>**Flora, IL 62839** | | - | | | | | **8,819.26** |
| Account No. **xxxxxx3710**<br>**MetLIfe Home Loans**<br>**1555 W. Walnut Hill Lane**<br>**Suite 200**<br>**Irving, TX 75038** | | - | | | | | **4,354.51** |
| Account No. **xxxxx8519**<br>**NAU Country Insurance Company**<br>**7333 Sunwood Drive NW**<br>**Anoka, MN 55303-5119** | | - | | | | | **22,920.30** |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **37,990.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David B Bassen**                                                                                    , Case No. __**13-30241**__
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pries Implement**<br>**PO Box 27**<br>**Hoyleton, IL 62803-0027** | | - | | | | | 449.15 |
| Account No.<br><br>**Rick Borton**<br>**Rt 2 Box 223**<br>**Xenia, IL 62899** | | - | | | | | 0.00 |
| Account No.<br><br>**Rolando Delgado**<br>**6027 Scott Street**<br>**Des Plaines, IL 60018** | | - | | | | | 11,000.00 |
| Account No.<br><br>**SCI Leasing**<br>**2400 W. State Road 38**<br>**Sheridan, IN 46069** | | - | | | | | 23,554.80 |
| Account No. **xxxxxxx 1645**<br><br>**Serpentine Web Solutions**<br>**543 9th Street**<br>**Carlyle, IL 62231** | | - | | | | | 210.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   35,213.95

B6F (Official Form 6F) (12/07) - Cont.

In re **David B Bassen**, Case No. **13-30241**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Silver Lake Group, ltd**<br>**560 Suppiger Way**<br>**PO Box 188**<br>**Highland, IL 62249** | | - | | | | | **2,523.50** |
| Account No. **xxx2039**<br>**South Central FS, Inc**<br>**405 S Banker Street**<br>**PO Box 629**<br>**Effingham, IL 62401** | | - | | | | | **4,656.18** |
| Account No. **xxxxxxx #x4324**<br>**Spaeth Welding**<br>**321 West Missouri**<br>**New Baden, IL 62265** | | - | | | | | **9,286.75** |
| Account No.<br>**St. Mary's Hospital**<br>**3700 Washington Ave**<br>**Evansville, IN 47750** | | - | | | | | **3,100.00** |
| Account No.<br>**Steven Weilbacher**<br>**416 Peacan Lane**<br>**Belleville, IL 62223** | | - | | | | | **67,000.00** |

Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **86,566.43**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David B Bassen**, Case No. **13-30241**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7700** <br><br> **Swansea Building Products Corp** <br> **494 N. 33rd Street** <br> **East Saint Louis, IL 62205** | | - | | | | | 5,359.29 |
| Account No. <br><br> **Thompson's Gas Inc** <br> **1431 N. Illinois Route 159** <br> **Belleville, IL 62220** | | - | | | | | 2,000.00 |
| Account No. <br><br> **Tom Blakenship** <br> **515 Oxford Dr** <br> **Nashville, IL 62263** | | - | | | | | 2,500.00 |
| Account No. **xxxx4010** <br><br> **Top AG** <br> **PO Box 396** <br> **Okawville, IL 62271** | | - | | | | | 148,194.49 |
| Account No. **xx307Y** <br><br> **Yellowbook** <br> **PO Box 3162** <br> **Cedar Rapids, IA 52406** | | - | | | | | 2,104.05 |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  160,157.83

Total (Report on Summary of Schedules)  652,211.78