IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                              )        In Proceedings
                                    )        Under Chapter 12
    DAVID BASSEN                )
                                    )
                                    )        Bk. No:  13-30241
    Debtor(s)                   )

## OBJECTION TO CONFIRMATION

    COMES NOW BOB G. KEARNEY, Chapter 12 Trustee in this cause, and objects to the Debtor(s) Chapter 12 Plan dated on 5/20/2013.

1.    Based on 341 testimony, it appears that the debtor has omitted several expense categories from Schedule J.  Schedule J should be amended to include all relevant living expenses.

2.    Paragraph 8 of the plan contains certain leases to be paid "inside the plan."  The Trustee prefers that lease payments be made directly by the debtors.  The plan should be amended.

3.    Debtor testified at his meeting of creditors that he omitted the sale of certain assets from paragraph 10 of his Statement of Financial Affairs.  The Statement should be amended.

4.    It is the Trustee's understanding that Schedule B needs to be amended to remove certain items which, it now appears, are leases and not property owned by the debtor.  Schedule B should be amended.

5.    It is the Trustee's understanding that Schedule D needs to be amended to add John Deere as a creditor and also to correct certain duplications make it appear that the debtor is above the debt limit in Chapter 12.  Schedule D should be amended.

6.    Ford Motor Credit is not addressed in the distribution section of the plan.  The plan should be amended.

    WHEREFORE, the Chapter 12 Trustee prays that the Debtors Plan be amended to correct the above stated objections as directed by the Court.

    /s/ BOB G. KEARNEY
    BOB G. KEARNEY, Trustee

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified:

David Bassen
22002 Nottmeyer Road
Centralia, IL. 62801

on June 18, 2013 with the correct postage prepaid and deposited in the U.S. Mail in Benton, Illinois.

                                            /s/ Meindy Foreman