## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| DAVID B. BASSEN | ) | Under Chapter 12 |
| | ) | |
| Debtor(s). | ) | BK 13-30241 |

## NOTICE OF FIRST AMENDED CHAPTER 12 PLAN OF REORGANIZATION

Notice is hereby given to all creditors and parties of interest that the Debtor in Possession, by and through his Attorney, Robert T. Bruegge, has filed this First Amended Chapter 12 Plan of Reorganization which is attached hereto and incorporated by reference.

Any objection to the attached First Amended Chapter 12 Plan of Reorganization must be filed with the Court on or before August 22, 2013.

If no objections to the First Amended Chapter 12 Plan of Reorganization are timely filed, the Court will enter an Order granting confirmation of the First Amended Chapter 12 Plan of Reorganization.

In the event that any objections are filed the Court will schedule a hearing on the objection.

Entered this 1st day of August, 2013.

Robert T. Bruegge, Attorney
Attorney for Debtor in Possession
1606 Eastport Plaza Drive, Suite 110
Collinsville, IL 62234
618-301-4878
888-519-6101 fax
rtbruegge@lawdept.net

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List and that a copy of the foregoing was served upon all interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each attorney or interested party at their address(es) disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Collinsville, Illinois on the 1st day of August, 2013.

David B. Bassen
22100 State Route 161
Centralia, IL 62801

Bob G. Kearney, Trustee
PO Box 998
Benton, IL 62812

All parties listed on the Matrix have been served.

Robert T. Bruegge