IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 12 |
| DAVID BASSEN | ) | |
| | ) | |
| | ) | Bk. No: 13-30241 |
| Debtor(s) | ) | |

OBJECTION TO AMENDED PLAN

COMES NOW BOB G. KEARNEY, Chapter 12 Trustee in this cause, and objects to the Debtor(s) Amended Chapter 12 Plan 1 dated on 7/31/2013.

1. Per previous objection, debtor testified at his meeting of creditors that he omitted certain transfers of property from his Statement of Financial Affairs. The Statement should be amended to make full disclosure of these transfers.

2. Schedule B has not been amended, though the debtor testified at his creditors' meeting that he would amend it to remove certain items which, it now appears, he does not own. The Trustee cannot complete the liquidation analysis until Schedule B is amended.

WHEREFORE, the Chapter 12 Trustee prays that the Debtors Plan be amended to correct the above stated objections as directed by the Court.

/s/ BOB G. KEARNEY
BOB G. KEARNEY, Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified:

David Bassen
22002 Nottmeyer Road
Centralia, IL. 62801

on August 20, 2013 with the correct postage prepaid and deposited in the U.S. Mail in Benton, Illinois.

/s/ Meindy Foreman