**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 12 |
| DAVID B. BASSEN, | ) | |
| | ) | BK    13-30241 |
| Debtor. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the Debtor's attorney, The Law Office of Robert T. Bruegge, L.L.C., and for his Motion to Withdraw as Counsel states as follows:

1. That on February 19, 2013, the Debtor filed for relief under Chapter 12 of the Bankruptcy Code.

2. That the Debtor has not provided counsel with all of the requested information and/or documentation required for filing required documentation with the Court.

3. That the Debtor has disregarded counsel's legal advice.

4. That on January 13, 2014, counsel sent a letter to the Debtor advising of his intent to withdraw as counsel.

5. That counsel cannot continue to represent the Debtor when the Debtor fails to provide information and/or documentation and disregards legal advice.

WHEREFORE, counsel prays this court allowing The Law Office of Robert T. Bruegge, L.L.C. to withdraw as counsel in this case.

ROBERT T. BRUEGGE,

By: /s/ Robert T. Bruegge
Robert T. Bruegge, Attorney
1606 Eastport Plaza Drive, Suite 110
Collinsville, IL 62234
(618) 301-4878
(888) 519-6101 fax
rtbruegge@lawdept.net

# NOTICE OF ELECTRONIC FILING AND
# CERTIFICATE OF SERVICE BY MAIL

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | BK | 13-30241 |
| | ) SS | | |
| CITY OF BELLEVILLE | ) | Chapter 13 | |

Krista Doiron, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On January 27, 2014, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the **Motion to Withdraw As Counsel**.

The Deponent served electronically the **Motion to Withdraw as Counsel** to the following parties:

| | | | |
|---|---|---|---|
| U.S. Trustee | Bob Kearney | Michael Reed | Robert Shaw |
| Robert Hawkins | Melinda Maune | Jennifer Rinn | Deborah Volmert |
| Myron Hanna | Ray Vaughn | | |

And served by mail to the following parties:

David B Bassen
22002 Nottmeyer Rd
Centralia IL 62801

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Collinsville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Krista Doiron